UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| E.C. PHILLIPS, III,<br><br>            Plaintiff,<br>    v.<br>THE COUNTY OF SONOMA,<br><br>            Defendant.<br>_____/ | No. C 12-1533 MEJ<br><br>**ORDER RE PLAINTIFF'S REQUEST TO SUBSTITUTE COUNSEL** |

Before the Court is Plaintiff E.C. Phillips III's request for the Court to approve the substitution of himself as his own counsel of record in the place of his current counsel, Goins & Associates PLC. As part of his request, Plaintiff has included his email address. Given the inclusion of his email address, it is unclear whether Plaintiff wishes to be an Electronic Case Filing (ECF) User. Accordingly, the Court defers ruling on the substitution until Plaintiff either registers as an ECF User or files notice that he wishes to file documents and receive notification manually. Accordingly, the Court ORDERS Plaintiff to do one of the following by June 11, 2012:

1)   Plaintiff shall register as an Electronic Case Filing User on the Court's website. Specifically, Plaintiff must follow the registration procedure set forth at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once Plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice stating that the e-filing password has been received. If such notice is filed, Plaintiff may thereafter file documents electronically and will not need to manually serve Defendant, and Defendant shall be relieved of its duty to serve Plaintiff with paper copies of any electronically-filed documents.

OR

2)     Plaintiff shall file a notice stating that he does not wish to register as an ECF User. If Plaintiff chooses not to register as an ECF User, Plaintiff must manually file all documents with the Court and serve them on Defendant, and all documents from the Court and Defendant shall continue to be manually served on Plaintiff.

Upon completion of (1) or (2) above, the Court shall rule upon the substitution request.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**