BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
JOSHUA A. MYERS, State Bar No. 250988
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: joshua.myers@sonoma-county.org

Attorneys for Defendant the County of Sonoma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.C. PHILLIPS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF SONOMA, DOES 1-5,<br><br>    Defendants.<br>_____ / | No.  C12-01533 MEJ<br><br>**STIPULATION FOR ORDER TO EXTEND FILING DATE FOR RESPONSIVE PLEADING; [PROPOSED] ORDER** |

This joint stipulation is entered into by and between Plaintiff in pro per, E.C. Phillips, III, ("Plaintiff") and Defendant the County of Sonoma. Through this stipulation, these parties request the Court to enter an order extending the filing date for the County's responsive pleading to July 9, 2012.

**RECITALS**

A. Plaintiff initiated this action on March 27, 2012. (Dkt. No. 1) Plaintiff effectuated service on the County on or about June 4, 2012. (Dkt. No. 6). However, the Clerk's Office of the County of Sonoma misplaced the Complaint and it was not forwarded to undersigned counsel until June 21, 2012.

B. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline to serve the County's responsive pleadings is June 25, 2012.

      C.    Plaintiff has agreed to provide the County with additional time in which to file and serve its responsive pleading through July 9, 2012.

      WHEREFORE, the parties to this stipulation hereby agree and request entry of a Court order as follows:

## STIPULATION

1. That the deadline for the County to file and serve a responsive pleading is extended through July 9, 2012.

2. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

                        Respectfully submitted,

Dated:   June 25, 2012            Bruce D. Goldstein, County Counsel

                                       By:   /s/ Joshua A. Myers
                                             Joshua A. Myers, Deputy County Counsel
                                             Attorneys for County Defendants

Dated:   June 25, 2012            E.C. Phillips, III, Plaintiff in pro per

                                       By:    /s/ E.C. Phillips, III
                                             E.C. Philips, III

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, it is hereby ordered as follows:

1. That the deadline for the County to file and serve a responsive pleading is extended through July 9, 2012.

IT IS SO ORDERED.

Date: June 25, 2012

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

**ELECTRONIC CASE FILING ATTESTATION**

I, Joshua A. Myers, am the ECF User whose identification and password are being used to file this **STIPULATION FOR ORDER TO EXTEND FILING DATE FOR RESPONSIVE PLEADING; [PROPOSED] ORDER** on behalf of Plaintiff and Defendant the County of Sonoma pursuant to Civil Local Rule 7-11.  In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated:   June 25, 2012                        Bruce D. Goldstein, County Counsel

                                                 By:      /s/ Joshua A. Myers
                                                          Joshua A. Myers, Deputy County Counsel
                                                          Attorneys for County Defendants