1  BRUCE D. GOLDSTEIN, State Bar No. 135970
   County Counsel
2  JOSHUA A. MYERS, State Bar No. 250988
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Facsimile: (707) 565-2624
   E-mail: joshua.myers@sonoma-county.org
6

7  Attorneys for Defendant the County of Sonoma

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 E.C. PHILLIPS, III,                      No. C12-01533 MEJ

13         Plaintiff,                       **STIPULATION FOR ORDER TO
                                            EXTEND FILING DATE FOR
14     v.                                   RESPONSIVE PLEADING;
                                            [PROPOSED] ORDER**
15 THE COUNTY OF SONOMA, DOES 1-5,

16         Defendants.
                                        /

17       This joint stipulation is entered into by and between Plaintiff in pro per, E.C. Phillips, III,

18 ("Plaintiff") and Defendant the County of Sonoma.  Through this stipulation, these parties request

19 the Court to enter an order extending the filing date for the County's responsive pleading to July 9,

20 2012.

21                                        **RECITALS**

22       A.    Plaintiff initiated this action on March 27, 2012.  (Dkt. No. 1) Plaintiff effectuated

23 service on the County on or about June 4, 2012.  (Dkt. No. 6).  However, the Clerk's Office of the

24 County of Sonoma misplaced the Complaint and it was not forwarded to undersigned counsel until

25 June 21, 2012.

26       B.    Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline to serve the

27 County's responsive pleadings is June 25, 2012.

28

---

Stipulation for Order to Extend Time to File and
Serve Responsive Pleading                    1                USDC Case No. C12-01533 MEJ

C. Plaintiff has agreed to provide the County with additional time in which to file and serve its responsive pleading through July 9, 2012.

WHEREFORE, the parties to this stipulation hereby agree and request entry of a Court order as follows:

**STIPULATION**

1. That the deadline for the County to file and serve a responsive pleading is extended through July 9, 2012.

2. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: June 25, 2012     Bruce D. Goldstein, County Counsel

By:   /s/ Joshua A. Myers
      Joshua A. Myers, Deputy County Counsel
      Attorneys for County Defendants


Dated: June 25, 2012     E.C. Phillips, III, Plaintiff in pro per

By:   /s/ E.C. Phillips, III
      E.C. Philips, III

---

Stipulation for Order to Extend Time to File and
Serve Responsive Pleading                2              USDC Case No. C12-01533 MEJ

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, it is hereby ordered as follows:

1. That the deadline for the County to file and serve a responsive pleading is extended through July 9, 2012.

IT IS SO ORDERED.

Date: June 25, 2012

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

**ELECTRONIC CASE FILING ATTESTATION**

I, Joshua A. Myers, am the ECF User whose identification and password are being used to file this **STIPULATION FOR ORDER TO EXTEND FILING DATE FOR RESPONSIVE PLEADING; [PROPOSED] ORDER** on behalf of Plaintiff and Defendant the County of Sonoma pursuant to Civil Local Rule 7-11. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from its signatories.

Dated:   June 25, 2012                           Bruce D. Goldstein, County Counsel

                                                 By:   /s/ Joshua A. Myers
                                                       Joshua A. Myers, Deputy County Counsel
                                                       Attorneys for County Defendants