# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| E.C. PHILLIPS, III, | No. C 12-1533 MEJ |
|          Plaintiff, | **ORDER TO SHOW CAUSE** |
|    v. | |
| THE COUNTY OF SONOMA, | |
|          Defendant. | |
| _____/ | |

This matter is scheduled for a Case Management Conference on July 12, 2012. However, as Plaintiff has failed to file a case management statement, the conference is hereby VACATED. Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 19, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing August 2, 2012, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

E.C. PHILLIPS, III,

        Plaintiff,

v.

THE COUNTY OF SONOMA et al,

        Defendant.

Case Number: CV12-01533 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. C. Phillips
103 Morris Street
Suite O
Sebastopol, CA 95472

Dated: July 6, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

2