**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.C. PHILLIPS, III,

    Plaintiff,

  v.

THE COUNTY OF SONOMA,

    Defendant.
                                                    /

No. C 12-1533 SI

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

      On July 26, 2012, Chief Magistrate Judge Maria-Elena James issued a Report and Recommendation stating that plaintiff failed to file an opposition to defendant's pending motion to dismiss, failed to comply with Court orders and deadlines, and failed to respond to an Order to Show Cause. The Report and Recommendation recommends that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's deadlines and orders. Pursuant to Federal Rule of Civil Procedure 72, objections to the Report and Recommendation were due by August 9, 2012. No party has filed an objection.

      The Court has reviewed the docket and agrees that dismissal is appropriate. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES this case without prejudice. All pending motions are DENIED AS MOOT.

      **IT IS SO ORDERED.**

Dated: August 16, 2012

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE