**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.C. PHILLIPS, III,

    Plaintiff,

v.

THE COUNTY OF SONOMA,

    Defendant.
                               /

No. C 12-1533 SI

**JUDGMENT**

This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 16, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE