IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C. PHILLIPS, III,<br><br>    Plaintiff,<br><br>  v.<br><br>THE COUNTY OF SONOMA,<br><br>    Defendant.<br>_____/ | No. C 12-1533 SI<br><br>**JUDGMENT** |

This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 16, 2012

                                                SUSAN ILLSTON<br>                                                UNITED STATES DISTRICT JUDGE